IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

PEGGY L. MASSENGILL,
    Plaintiff

versus                                 Case No. 04-2956-B

SHENANDOAH LIFE
INSURANCE COMPANY,
    Defendant

## ORDER GRANTING LEAVE TO LATE FILE RESPONSE

THIS CAUSE comes before the Court on motion of the Plaintiff for leave to late file her response to Defendant's motion for judgment. The Court finds that leave should be granted.

IT IS THEREFORE ORDERED that Plaintiff have leave to late file her response to Defendant's motion for judgment.

IT IS SO ORDERED.

_____
Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02956 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Tony R. Dalton
WOOLF MCCLANE BRIGHT ALLEN & CARPENTER, PLLC
900 S. Gay St.
Ste. 900
Knoxville, TN 37902--181

Erich M. Shultz
LAW OFFICES OF ERICH M. SHULTZ
242 Poplar Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT